# EXHIBIT 1

| | |
|---|---|
| **From:** | Nicole Sheth |
| **Sent:** | Wednesday, July 14, 2021 10:45 AM |
| **To:** | 'Adam S Gruen' |
| **Cc:** | Stephanie Ponek |
| **Subject:** | RE: Metro vs Travelers - Joint CMC |

Counsel,

We disagree with your characterization. It has been our intention to file a joint statement in this matter, but you have displayed a constant unwillingness to cooperate with us, even from the beginning when we attempted to confer over the phone regarding the meritless allegations in your complaint, including the RICO claim.

Your timeline of events is inaccurate. You sent us a case management statement in pdf format that incorporated our purported positions on the case without even conferring with us beforehand and then advised on July 12, 2021 for the first time that you would not be available the next 2 days. We requested a Word version of the joint report that same day so that we could incorporate our changes into the document, and also inquired regarding your availability to confer. After our phone call, you sent us a revised version of the Case Management Statement at 9:25 p.m., again in a pdf format that we were unable to edit. You revised your allegations in the statement and it did not accurately reflect Defendant's position. Because you have refused to send us a pdf version of the statement and inaccurately depicted Defendant's position, the next morning, we sent you a Word version that was redlined to reflect the changes (including deletions and insertions) that we want incorporated into the pdf document that you sent over to us the night before.

You then responded last night and wrongly accused us of changing the text of your client's position despite the fact that you have maintained exclusive control over the editable version of the joint Case Management Statement the entire time and have refused to provide it to us and now refuse to incorporate our requested edits, which we provided by way of separate document showing our requested changes in redline. This is completely inappropriate. We responded to your email the same night and also re-sent you the same redline version of the document that we had sent over to you in the morning but in pdf format. We remain willing to cooperate with you regarding the statement, and are also able to file it with the Court provided that you give us the editable version so that we can incorporate our edits. You are making this process unnecessarily difficult, and the Court will not take kindly to your lack of cooperation.

Regards,
Nicole Sheth

-----Original Message-----
From: Adam S Gruen [mailto:adamsgruen@aol.com]
Sent: Wednesday, July 14, 2021 7:31 AM
To: Nicole Sheth
Cc: Stephanie Ponek
Subject: Re: Metro vs Travelers - Joint CMC

Counsel

I have only seen briefly this morning your late night email from yesterday including proposed changes to the Joint CMC. I have an 8:30 CMC and a 10:00 am deposition to last all day.  You waited an entire week before submitting any written proposed changes or additions to the draft CMC I sent you last Wednesday, July 7 - an entire week before it was due. That delay and failure to even acknowledge receipt of the draft CMC four court days after I sent is a violation of established professional courtesy rules in this District. That you waited until the day you knew I was at UCSF all day for

medical tests and exams to send draft comments - for the first time - also violates the rules regarding respect of genuine scheduling issues. No continuance was required; simple compliance on your part was, however.

I will review your proposed changes in the red-line copy you sent me just before midnight last evening over the deposition lunch break and respond before filing a Separate CMC Statement.

In the meantime, counsel, please review the Local Guidelines so you can truthfully confirm in the CMC Statement, consistent with Rule 11, that you have read them and will abide by them.

Sincerely

Adam Gruen