UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO SERVICES GROUP,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,<br><br>          Defendants. | Case No. 21-cv-06134-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Metro Services Group v. Travelers Casualty and Surety Company of America*, 21-cv-02178-YGR.

**IT IS SO ORDERED.**

Dated: February 22, 2022

_____
JON S. TIGAR
United States District Judge