UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO SERVICES GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 21-cv-02178-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

    The Court is in receipt of defendant's notice of settlement filed June 27, 2022. Dkt. No. 76. Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

    It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within forty-five (45) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

    **IT IS SO ORDERED.**

Dated: June 27, 2022

                                                         YVONNE GONZALEZ ROGERS
                                                         United States District Judge